**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACASO INC., <br><br>             Plaintiff**,** <br><br>     v. <br><br> THE CITY OF NEWPORT BEACH, <br><br>             Defendant. | Case No.:  8:23-CV-01762-JVS-ADS <br><br> Dist. Judge: Hon. James V. Selna <br> Mag. Judge: Hon. Amber D. Spaeth <br><br> **ORDER OF DISMISSAL OF FIRST AMENDED COMPLAINT WITH PREJUDICE [55]** <br><br> *[Joint Stipulation Filed Concurrently Herewith]* <br><br> Complaint Filed: September 20, 2023 <br> Discovery Cutoff: November 17, 2025 <br> Pre-Trial Conf.: March 9, 2026 <br> Trial Date: March 24, 2026 |

1    Plaintiff Pacaso Inc. ("Plaintiff" or "Pacaso") and Defendant The City of

2   Newport Beach ("Defendant" or "Newport," and together with Plaintiff, the

3   "Parties"), have filed a Joint Stipulation of Dismissal of First Amended Complaint

4   with Prejudice (the "Dismissal").

5    After consideration of the papers, and for good cause found, the Stipulation

6   is GRANTED.

7    **IT IS HEREBY ORDERED** that this case is dismissed with prejudice.

8    **IT IS FURTHER ORDERED** that each party will bear their own costs.

9

10

11

12   Dated: September 15, 2025

_____

The Honorable James V. Selna